

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2018

No. 04-18-00262-CR

Joe Anthony **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 17-03-0189-CRA
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

Angela Moore has filed a motion to withdraw as attorney of record. We GRANT Ms. Moore's motion to withdraw.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court